# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140029 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CHESTER PATTERSON,
   Defendant-Appellant.

SC: 140029
COA: 292760
Kent CC: 71-014614-FY

_____/

   On order of the Court, the application for leave to appeal the August 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for peremptory reversal is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

            Clerk

d0222